# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMAR SPURILL,** | : | **CIVIL NO. 1:16-CV-1862** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT TRITT,** | : | |
| **MICHELLE HENLY, KATHLEEN** | : | |
| **KANE,** | : | |
| | : | |
| **Respondents** | : | |

## **ORDER**

AND NOW, this 15th day of September, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania